**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**PETER J. MESSITTE**                                          **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                      **GREENBELT, MARYLAND  20770**
                                                                          **301-344-0632**

MEMORANDUM

TO:          Counsel of Record

FROM:      Judge Peter J. Messitte

RE:          Haider v. Washington Metropolitan Area Transit Authority, *et. al.*
              Civil No. PJM 14-1727

DATE:       December 3, 2014

* * *

Under the current Scheduling Order (Paper No. 15), discovery is scheduled to close on December 4, 2014.  In a Status Report filed with the Court, the parties have indicated that discovery is not complete because Plaintiff is in Pakistan attending to a family emergency.  Plaintiff has represented that he will be returning to the United States on or about December 26, 2014.  As such, the parties have requested that the Court suspend the current Scheduling Order pending Plaintiff's return, at which point the parties will file a joint motion to modify the Scheduling Order.

Given the parties request, the Court will suspend the current Scheduling Order. The parties shall file a motion to amend the Scheduling Order no later than Monday, January 12, 2015.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

                                                  /s/
                                          PETER J. MESSITTE
                                   UNITED STATES DISTRICT JUDGE

cc:      Court File